IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT JACKSON,                          §
    ID # 02377778,                       §
        Plaintiff,                    §
                                     §
v.                                       §          No. 3:24-CV-2824-X-BW
                                     §
DALLAS COUNTY DISTRICT                   §
ATTORNEY, et al.,                        §
        Defendants.                   §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Prisoner's Civil Rights Complaint, received on November 7, 2024 (Doc. 3) and as supplemented, will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim upon which relief may be granted. If the plaintiff files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED** this 30th day of April, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE